DONALD CROSS, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 39407.) EDNA CROSS, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 39408.) — AULISI, J.

Gibson,· P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.